IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANTHONY STEVEN WRIGHT, ) | |
| ) | |
| Petitioner, ) | 8:05cv193 |
| ) | |
| vs. ) | MEMORANDUM AND ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

This matter is before the court on the Petition for "Writ of Expatriation and Declaration of Independence," filed by the petitioner, Anthony Steven Wright. The petitioner has also filed a Motion for Certificate of Appealability, and an "Independent Motion to Expatriate," with attachments. The petitioner denies the power of the State of Nebraska, the United States of America, and the District of Columbia to confer United States citizenship upon him, denies other powers purportedly exercised by those sovereigns over his person, including to hold him in slavery and involuntary servitude, declares his independence from this nation and any municipal corporations, and asserts his own sovereignty.

The petitioner is presently serving a sentence at a federal prison facility in Louisiana as the result of his conviction in Case No. 4:01cr3040, *United States of America v. Anthony Steven Wright, a/k/a Tony Zappa* (D. Neb.). Among the documents attached to the petitioner's Independent Motion to Expatriate is an unsigned "Release of Property" by which the warden of the petitioner's prison facility purports to release and discharge the conviction and sentence in Case No. 4:01cr3040. The petitioner's documents contain

various theories why he should no longer be subject to the sentence imposed in Case No. 4:01cr3040.

However, the petitioner may not use a "Writ of Expatriation and Declaration of Independence," or a petition for any such relief, to assert his claims in this court. A motion pursuant to 28 U.S.C. § 2255 ("§ 2255 motion"), brought before the sentencing court, is the only vehicle for the petitioner, as a convicted federal prisoner, to challenge his conviction or sentence as a violation of the Constitution or laws of the United States, the law of nations, or natural law, and to move to vacate his sentence. The petitioner has previously filed § 2255 motion(s) and various petitions for writ of habeas corpus pursuant to 28 U.S.C. § 2241, all of which have been denied. The Petition for "Writ of Expatriation and Declaration of Independence," "Independent Motion to Expatriate," all attachments thereto, and the Motion for Certificate of Appealability are hereby denied and dismissed with prejudice. Judgment will be entered accordingly.

SO ORDERED.

DATED this 2nd day of May, 2005.

BY THE COURT:

s/Laurie Smith Camp
Laurie Smith Camp
United States District Judge